Official Form 1 (04/07)

| United States Bankruptcy Court<br>Northern District of Illinois<br>Eastern Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Phillips, Cynthia, A** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**6919** | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**5840 S. McVicker Avenue**<br>**Chicago, IL**<br>ZIP CODE **60638** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
  _____

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,000 to $100,000 | ☑ $100,000 to $1 million | ☐ $1 million to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,000 to $100,000 | ☑ $100,000 to $1 million | ☐ $1 million to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Cynthia A Phillips** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Jeffry Phillips** | Case Number:<br>**08 B 21888** | Date Filed:<br>**08/20/08** |
| District:<br>**ND Illinois** | Relationship:<br>**Ex-husband/Partner** | Judge:<br>**Doyle** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>❑ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _Dennis M. Sbertoli_    8-26-8<br>Signature of Attorney for Debtor(s)    Date<br>**Dennis M. Sbertoli**    **3128965** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>❑ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>❑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>❑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>❑ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Statement by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ❑ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>❑ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>❑ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |

Official Form 1 (04/07) **FORM B1, Page 3**

| **Voluntary Petition** *(This page must be completed and filed in every case)* | **Name of Debtor(s):** **Cynthia A Phillips** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

X *Cynthia A Phillips*
Signature of Debtor   **Cynthia A Phillips**

X  **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
*f - 2c - c4*
Date

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

---

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

X _____
Signature of Attorney for Debtor(s)

**Dennis M. Sbertoli  Bar No. 3128965**
Printed Name of Attorney for Debtor(s) / Bar No.

**Dennis M. Sbertoli**
Firm Name

**P.O. Box 1482 La Grange Park, Illinois  60526-1801**
Address

**(708) 579-9724**          **(708) 579-1934**
Telephone Number
*f - 2c - c4*
Date

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition prepares, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number(If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. 110.)

Address

X **Not Applicable**

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

---

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

Official Form 6 - Summary (10/06)

## United States Bankruptcy Court
## Northern District of Illinois
## Eastern Division

In re  __Cynthia A Phillips__

Debtor

Case No. _____

Chapter    __7__ _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $      275,000.00 | | |
| B - Personal Property | YES | 3 | $       20,377.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $      287,005.77 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $           0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 13 | | $      184,695.72 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $        3,510.20 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $        3,800.27 |
| TOTAL | | 27 | $      295,377.00 | $      471,701.49 | |

FORM B6A
(10/05)

In re: **Cynthia A Phillips** _____      Case No. _____

                              Debtor                                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

   Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

   If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

   If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **5840 S. McVicker, Avenue, Chicago, IL 60638. (Title held by Chicago Title Land Trust Company UTA 10/18/07 No. 8002349598. Beneficial interest held jointly with ex-husband, Jeffry Phillips. Both remain obligors on mortgages)** | Fee Owner | J | $ 275,000.00 | $ 268,000.00 |
| | Total ➤ | | $ 275,000.00 | |

(Report also on Summary of Schedules.)

FormB6B
(10/05)

In re  **Cynthia A Phillips**                                                            Case No. _____
                                                                                                           (If known)
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the  appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | Checking account at Chicago Patrolman's Credit Union | | 450.00 |
| Cash on hand | | US currency. | | 60.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Savings/Chrismas Club account at Chicago Patrolman's Credit Union. | | 375.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Living room furniture consisting of couch, love seat, chairs, misc lamps and end tables.  Bedroom furniture, misc. kitchen utensils and appliances. | | 1,200.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Miscellaneous closthing of debtor and 3 minor children. | | 750.00 |
| 7. Furs and jewelry. | | Miscellaneous items of costume jewelry | | 800.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Smith & Wesson 9mm hand gun.  Service weapon. | | 350.00 |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| | | | | |

Form B6B-Cont.
(10/05)

In re   **Cynthia A Phillips** _____,

Case No. _____
(If known)

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give Particulars. | | **Chicago Police Pension** | | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **A Scapbooker's Legacy.  Illinois corporation dissolved 6/8/2007** | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Form B6B-Cont.
(10/05)

In re   **Cynthia A Phillips**                                    Case No. _____
                           Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Hyundai Entourage.  25000 + miles.  Title and debt in name of Debtor and Mother, Phyllis Lyons. Purchased in May 2007 for $24000** | | 16,092.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computer used in former business. Fax/printer.** | | 300.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

__2__   continuation sheets attached          Total ⟶  **$ 20,377.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**Official Form 6C (04/07)**

In re **Cynthia A Phillips**

Debtor

Case No. _____

(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 5840 S. McVicker, Avenue, Chicago, IL 60638. (Title held jointly with ex-spouse, Jeffry Phillips. both remain obligors on mortgages) | 735 ILCS 5/12-901 | 7,000.00 | 275,000.00 |
| Checking account at Chicago Patrolman's Credit Union | 735 ILCS 5/12-1001(b) | 450.00 | 450.00 |
| Chicago Police Pension | §40 ILCS 5/3-144.1, §40 ILCS 5/5-218 | 0.00 | 0.00 |
| | 735 ILCS 5/12-704 | 0.00 | |
| Computer used in former business. Fax/printer. | 735 ILCS 5/12-1001(b) | 300.00 | 300.00 |
| Living room furniture consisting of couch, love seat, chairs, misc lamps and end tables.  Bedroom furniture, misc. kitchen utensils and appliances. | 735 ILCS 5/12-1001(b) | 1,200.00 | 1,200.00 |
| Miscellaneous closthing of debtor and 3 minor children. | 735 ILCS 5/12-1001(a),(e) | 750.00 | 750.00 |
| Miscellaneous items of costume jewelry | 735 ILCS 5/12-1001(b) | 800.00 | 800.00 |
| Savings/Chrismas Club account at Chicago Patrolman's Credit Union. | 735 ILCS 5/12-1001(b) | 375.00 | 375.00 |
| Smith & Wesson 9mm hand gun.  Service weapon. | 735 ILCS 5/12-1001(d) | 350.00 | 350.00 |

Official Form 6D (10/06)

In re Cynthia A Phillips                                        Case No. _____
                          Debtor                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6190053139<br><br>**Bank of America**<br>PO Box 650064<br>Dallas TX 75265 | | J | First Lien on Residence 5840 S. McVicker, Avenue, Chicago, IL 60638. (Title held by Chicago Title Land Trust Company UTA 10/18/07 No. 8002349598. Beneficial interest held jointly with ex-husband, Jeffry Phillips. Both remain obligors on mortgages)<br><br>**VALUE $275,000.00** | | | | 213,000.00 | 0.00 |

1   continuation sheets
    attached

Subtotal ⌐
(Total of this page)

Total ⌐
(Use only on last page)

| | |
|---|---|
| $    213,000.00 | $    0.00 |
| $ | $ |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6D (10/06) - Cont.

In re **Cynthia A Phillips** _____,   Case No. _____
                          Debtor                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5638401000<br><br>Drive Financial<br>PO Box 660633<br>Dallas, TX 75266-0633 | | J | 05/01/2007<br>Security Agreement<br>2007 Hyundai Entourage. 25000 + miles. Title and debt in name of Debtor and Mother, Phyllis Lyons. Purchased in May 2007 for $24000<br><br>VALUE $16,092.00 | | | | 21,984.00 | 5,892.00 |
| ACCOUNT NO. 8601123189<br><br>GMAC Mortgage<br>P.O. Box 4622<br>Waterloo, IA 50704-4622 | | J | Second Lien on Residence 5840 S. McVicker, Avenue, Chicago, IL 60638. (Title held by Chicago Title Land Trust Company UTA 10/18/07 No. 8002349598. Beneficial interest held jointly with ex-husband, Jeffry Phillips. Both remain obligors on mortgages)<br><br>VALUE $275,000.00 | | | | 52,021.77 | 0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

Total
(Use only on last page)

| | |
|---|---|
| $ 74,005.77 | $ 5,892.00 |

| | |
|---|---|
| $ 287,005.77 | $ 5,892.00 |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6E (04/07)

In re **Cynthia A Phillips**
_____

Debtor

Case No. _____
(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

❑ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❏  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**Official Form 6E (04/07) - Cont.**

In re    <u>Cynthia A Phillips</u>                                              ,          Case No.  _____
                                        Debtor                                                                              (If known)

❏  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❏  **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❏  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❏  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❏  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1  continuation sheets attached

Official Form 6E (04/07) - Cont.

In re **Cynthia A Phillips** _____    Case No. _____

Debtor    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 0.00 | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 0.00 | $ 0.00 |

Official Form 6F (10/06)

In re **Cynthia A Phillips** _____   Case No. _____
                              Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **7100 5812 074 20**<br><br>**American Eagle** | | | | | | | 1,136.32 |

_12_   Continuation sheets attached

|  | | |
|---|---|---|
| Subtotal ▸ | $ | **1,136.32** |
| Total ▸ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**Official Form 6F (10/06) - Cont.**

In re **Cynthia A Phillips** _____   Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   5490 3559 9972 1149 | | | | | | | 3,115.84 |
| Bank of America P.O. Box 1390 Norfolk, VA 23501-1390 | | | | | | | |
| NCSC 8400 W. 110 Street Overland Park | | | | | | | |
| Alliance One 4850 Street Road Suite 300 Trevose PA 19053 | | | | | | | |
| ACCOUNT NO.   4264 2859 9952 7898 | | | Miscellaneous consumer purchases. | | X | | 10,846.72 |
| Bank of America P.O. Box 1390 Norfolk, VA 23501-1390 | | | | | | | |
| Redline Recovery Services, LLC 2350 N. Forest Road Suite 31B Getzville, NY 14068 | | | | | | | |
| ACCOUNT NO.   5490 3555 0029 3232 | | | | | | | 2,996.97 |
| Bank of America P.O. Box 1390 Norfolk, VA 23501-1390 | | | | | | | |

Sheet no. 1 of 12 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ► $  16,959.53

Total  ► $ 

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**Official Form 6F (10/06) - Cont.**

In re    **Cynthia A Phillips** _____    Case No. _____
                                    Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **4264 2850 1994 2150** | | | | | | | 10,735.40 |
| **Bank of America** P.O. Box 1390 Norfolk, VA  23501-1390 | | | **Miscellaneous consumer purchases.** | | | | |
| ACCOUNT NO.    **4313 0889 99997 7217** | | | | | | | 1,575.03 |
| **Bank of America** P.O. Box 15026 Wilmington DE  19850-5026 **National Enterprize Systems (NES)** 29125 Solon Road Solon OH 44139-3442 | | | **Miscellaneous consumer purchases.** | | | | |
| ACCOUNT NO.    **4313 0889 3139 6856** | | | | | | | 1,521.65 |
| **Bank of America/LL Bean** P.O. Box 1390 Norfolk, VA  23501-1390 | | | | | | | |

Sheet no. 2 of 12 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►  $     **13,832.08**

Total ►  $



(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  **Cynthia A Phillips**                                    Case No. _____
                                                                        (If known)
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1277 7343 01 | | | | | | | 1,492.52 |
| Carson Pirie Scott & Co. P.O. Box 17633 Baltimor MD 21297-1633<br><br>HSBC Retail Services PO Box 5244 Carol Stream, IL 60197-5244<br><br>Full Circle Financial Services PO Box 5689 Clearwater, FL 33758-5689 | | | Miscellaneous consumer purchases. | | | | |
| ACCOUNT NO.  4266 9020 2201 0076 | | | | | | | 5,423.64 |
| Chase P.O. Box 15298 Wilmington DE 19850-5298 | | | Miscellaneous consumer purchases. | | | | |
| ACCOUNT NO.  4266 8411 3747 9356 | | | | | | | 6,046.67 |
| Chase P.O. Box 15298 Wilmington DE 19850-5298 | | | Miscellaneous consumer purchases. | | | | |
| ACCOUNT NO.  4266 8410 2931 9157 | | | | | | | 1.00 |
| Chase P.O. Box 15298 Wilmington DE 19850-5298 | | | Miscellaneous consumer purchases. | | | | |

Sheet no.  3  of 12 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                12,963.83

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re   **Cynthia A Phillips** _____   Case No. _____
                                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **1439**<br><br>**Chase**<br>**P.O. Box 15298**<br>**Wilmington DE  19850-5298** | | | Miscellaneous consumer purchases. | | | | 274.00 |
| ACCOUNT NO.   **4104 1400 1985 5106**<br><br>**Chase BankCard Services**<br>**P.O. Box  52188**<br>**Phoenix, AZ  85072-2188**<br><br>**NAFS**<br>**165 Lawrence Bell Dr.**<br>**Suite 100 P.O. Box 9027**<br>**Williamsville, KY 14231-9027** | | | Miscellaneous consumer purchases. | | | | 9,555.94 |
| ACCOUNT NO.   **4778 6613 8001 5868**<br><br>**Chicago Patrolman's Credit Union/VISA**<br>**PO Box 30495**<br>**Tampa, FL  33630** | | | 07/06/2007<br>Miscellaneous consumer purchases living expenses. | | | | 4,178.27 |
| ACCOUNT NO.   **5106**<br><br>**Circuit City** | | | | | | | 9,321.63 |

Sheet no.  4 of 12 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▸ | $ | 23,329.84

Total ▸ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re   **Cynthia A Phillips**                                   Case No. _____
_____                              (If known)
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **7302 5000 0219 4636** | | | | | | | 944.30 |
| **CitiBank/Exxon Mobil** PO Box 688940 Des Moines, IA  50366-8940 | | | Miscellaneous consumer purchases. | | | | |
| **NCO Financial systems Inc.** 507 Prudential Road Horsham PA  19044 | | | | | | | |
| **NCO Financial systems Inc.** 507 Prudential Road Horsham PA  19044 | | | | | | | |
| **CBE Group, Inc.** Box 3136 Milwaukee, WI  53201-3136 | | | | | | | |
| ACCOUNT NO.   **6035 2511 0734 9032** | | | | | | | 4,529.93 |
| **CitiBank/Zales** P.O. Box 8181 Gray, TN  3715-8181 | | | Miscellaneous consumer purchases. | | | | |
| **NCO Financial systems Inc.** 507 Prudential Road Horsham PA  19044 | | | | | | | |
| **ER Solutions** 500 SW 7th St. Bldg. A 100 Renton WA  98055 | | | | | | | |
| ACCOUNT NO.   **800 4503965173** | | | | | | X | 10,523.72 |
| **Citizens Bank** C/O Weltman Weinberg & Reis 180 N. La Salle Street Suite 2400 Chicago, IL 60601 | | | Miscellaneous consumer purchases some business expense | | | | |

Sheet no. 5 of 12 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ | 15,997.95

Total ➤ $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re   **Cynthia A Phillips**                                     Case No. _____
_____                              (If known)
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   7706124 | | | | | | | 9,257.61 |
| Discover Card P.O. Box 15192 Wilmington DE 19850-5192 | | | Miscellaneous consumer purchases. | | | | |
| ACCOUNT NO.   6011 0078 9616 5676 | | | | | | | 7,131.94 |
| Discover Card P.O. Box 15192 Wilmington DE 19850-5192 | | | Miscellaneous consumer purchases. | | | | |
| FMA Alliance, Ltd 11811 North Freeway Suite 900 Houston TX 77060 | | | | | | | |
| ACCOUNT NO.   7302 5000 0219 4636 | | | | | | | 844.12 |
| EXXON/Mobil 7840 Roswell Atlanta Georgea, 30350 | | | Gasoline purchases | | | | |
| ACCOUNT NO.   12075752 D10 | | | | | | | 1,575.00 |
| FIA Card Service C/O Creditor InterchangePhillips & Cohen 80 Holtz Drive Buffalo NY 14225 | | | Assignee for collecltion | | | | |

Sheet no. _6_ of _12_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ | 18,808.67

Total ➤  $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re    **Cynthia A Phillips**                                              Case No. _____

_____
Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   694540<br><br>**GE Capital**<br>**P.O. Box 80676**<br>**Mason, Ohio  45040**<br><br><br>**LVNV Funding LLC**<br>**PO Box 3352**<br>**Glen Ellyn IL 60137** | | | Miscellaneous consumer purchases. | | | | 1,060.38 |
| ACCOUNT NO   6019 1712 0104 7763<br><br>**GE Money Bank**<br>**P.O. Box 981127**<br>**El Paso TX  79998-1127**<br><br><br>**National Enterprize Systems (NES)**<br>**29125 Solon Road**<br>**Solon OH 44139-3442**<br><br>**Arrow Financial Services**<br>**21031 Network Place**<br>**Chicago, IL 60678-1031** | | | Miscellaneous consumer purchases. | | | | 2,315.50 |
| ACCOUNT NO.   6032 2033 8246 1126<br><br>**GE Money Bank/WalMart**<br>**P.O. Box 981064**<br>**El Paso TX  79998-1064** | | | Miscellaneous consumer purchases. | | | | 978.07 |

Sheet no.  7  of  12  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims.

Subtotal ► $    4,353.95

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Cynthia A Phillips**
_____
Debtor

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6035 3204 9214 2839 **Home Depot Credit** P.O. Box 103047 Roswell GA  30076  **Academy Collection Service, Inc.** 10965 Decatur Rd Philadelphia, PA  19154  **Bennett DeLoney & Noyes, PC** 1265 E. Fort Union Blvd Suite 150 Salt Lake City UT  84047 | | | | | | | 11,408.96 |
| ACCOUNT NO.  5520 8100 0534 6970 **Home Depot Credit** P.O. Box 103047 Roswell GA  30076 | | | Miscellaneous consumer purchases. | | X | | 4,402.00 |
| ACCOUNT NO.  7001 0632 2018 5005 **HSBC/Best Buy** P.O. Box 15521 Wilmington DE 19850-5521 | | | Miscellaneous consumer purchases. | | | | 3,594.13 |

Sheet no.  8 of 12 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ►  $  19,405.09

Total  ►  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re   **Cynthia A Phillips**                                          Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   032 6337 334 |  |  |  |  |  |  | 2,842.18 |
| Kohls Department Stores N 56 W 17000 Ridgewood Dr. Menomonee Falls, WI 53051 Zwicker & Assoc. 80 Minute Man Road Andover MA 0810-1031 |  |  | Miscellaneous consumer purchases. |  |  |  |  |
| ACCOUNT NO.   5155 9906 0323 3065 |  |  |  |  | X |  | 894.98 |
| Orchard Bank P.O. Box 80084 Salinas Ca  93912-0084 Riddel and Associates P.O. Box 1187 Sandy UT 84091-1187 |  |  | Miscellaneous consumer purchases and interest accumulation |  |  |  |  |
| ACCOUNT NO.   07 M1-176791 | X | J |  |  |  |  | 31,354.73 |
| Robin Realty 1333 N. Wells St. Chicago, IL 60610 Ordower & Ordower Suite 1`000 Chicago, IL 60602 |  |  | Claim for past due rent on space occupied by former business. |  |  |  |  |

Sheet no.  9 of 12 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal   ➤  $        35,091.89

Total   ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Cynthia A Phillips**
                              Debtor

Case No. _____
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   6011 3610 6386 7881 | | | | | | | 2,034.08 |
| Sam's Club P.O. Box 103036 Roswell, GA 30076 | | | Miscellaneous consumer purchases. | | | | |
| Resurgen Capital Services PO Box 4783 Chicago, IL 60680-4783 | | | | | | | |
| Collectors Training Institute PO Box 4783 Chicago, IL 60680 | | | | | | | |
| Encore P.O. Box 3330 Olathe KS 66063-3330 | | | | | | | |
| ACCOUNT NO.   5121 0719 4882 5934 | | | | | | | 4,438.87 |
| Sears Card P.O. Box 818017 Cleveland, OH 44181 | | | Miscellaneous consumer purchases. | | | | |
| Resurgen Capital Services PO Box 4783 Chicago, IL 60680-4783 | | | | | | | |
| Creditors Financial Group LLC 3131 South Vaughn Way Suite 110 Aurora, CO 80014 | | | | | | | |

Sheet no. 10 of 12 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal   $   **6,472.95**

Total   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Cynthia A Phillips**                                    Case No. _____
_____                                        (If known)
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **4352 3767 3752 14 92**<br><br>**Target National Bank**<br>**P.O. Box 1581**<br>**Minneapolis, MN  55440-1581** | | | Miscellaneous consumer purchases. | | | | 8,000.00 |
| ACCOUNT NO.  **9926073**<br><br>**TCF Bank**<br>**c/o PAM**<br>**PO Box 1022**<br>**Wixom MI  48393-1022**<br><br>**Professional Account Mangement**<br>**PO Box 1022**<br>**Wixom Mi 48393** | | | Miscellaneous consumer purchases. | | X | | 274.50 |
| ACCOUNT NO.  **4037 8400 0858 2114**<br><br>**US Bank NA**<br>**PO Box 108**<br>**St. Louis MO 63166-9801**<br><br>**CACi**<br>**PO Box 270480**<br>**St. Louis, MO 63127-0480** | | | Miscellaneous consumer purchases. | | | | 2,367.56 |
| ACCOUNT NO.  **822 328647**<br><br>**Victoria's Secret** | | | | | | | 1,242.61 |

Sheet no. _11_ of _12_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ►  $  11,884.67

Total  ►  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Cynthia A Phillips** _____

Case No. _____

Debtor                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  39060621<br><br>Wells Fargo Credit<br>P.O. Box 4044<br>Concord, CA  94524<br><br><br>NCSC<br>8400 W. 110 Street<br>Overland Park<br><br>FMS Inc.<br>4915 South Union Avenue<br>Tulsa OK  74107 | | | Miscellaneous consumer purchases. | | | | 1,126.89 |
| ACCOUNT NO.<br><br>WFNNB Bankruptcy Dept.<br>P.O. Box 182125<br>Columbus OH 43218-2125<br><br><br>Nations Recovery Center (NRC)<br>6491 Peachtree Industrial Blvd<br>Atlanta, GA  30360 | | | Miscellaneous consumer purchases. | | | | 1,266.90 |
| ACCOUNT NO  5856 3706 8903 8140<br><br>WFNNB Bankruptcy Dept./Harlem<br>P.O. Box 182125<br>Columbus OH 43218-2125 | | | Miscellaneous consumer purchases. | | | | 2,065.16 |

Sheet no. 12 of 12 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims



Subtotal    ►   $    4,458.95

Total    ►   $    184,695.72

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Form B6G

(10/05)

In re:   **Cynthia A Phillips**                                    Case No. _____
                                   Debtor                                          (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of these leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

Form B6H
(10/05)

In re: **Cynthia A Phillips**                                                    Case No. _____
                              Debtor                                                              (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **A Scrapbooker's Legacy**<br><br><br>**Jeffry Phillips** | **Robin Realty**<br>**1333 N. Wells St.**<br>**Chicago, IL 60610** |

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re   **Cynthia A Phillips**

Case No.

Debtor.

Chapter   **7**

## STATEMENT OF MONTHLY NET INCOME

The undersigned certifies the following is the debtor's monthly income .

| Income: | Debtor |
|---|---|
| Six months ago | $2,906.00 |
| Five months ago | $2,906.00 |
| Four months ago | $2,906.00 |
| Three months ago | $2,906.00 |
| Two months ago | $2,906.00 |
| Last month | $2,906.00 |
| Income from other sources | $1,458.00 |
| Total net income for six months preceding filing | $ 18,894.00 |
| **Average Monthly Net Income** | $ 3,149.00 |
| **Average Monthly Net Income** | $   3,510.20 |

    Attached are all payment advices received by the undersigned debtor prior to the petition date, I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

Dated: _____

_Cynthia A Phillips_
**Cynthia A Phillips**

Debtor

In re  **Cynthia A Phillips** _____    Case No. _____
          Debtor                                                                    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: **Divorced** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | Daughter | 16 |
| | Son | 14 |
| | Daughter | 10 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Police Officer** | |
| Name of Employer | **City of Chicago** | |
| How long employed | | |
| Address of Employer | **33 N. La Salle Street Suite 700 Chicago, IL 60602** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 2,906.54 | $ |
| 2. Estimate monthly overtime | $ 0.00 | $ |
| 3. SUBTOTAL | $ 2,906.54 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 533.87 | $ |
| b. Insurance | $ 1.25 | $ |
| c. Union dues | $ 18.25 | $ |
| d. Other (Specify)    **Police Pension** | $ 300.97 | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 854.34 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 2,052.20 | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ |
| 8. Income from real property | $ 0.00 | $ |
| 9. Interest and dividends | $ 0.00 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 1,458.00 | $ |
| 11. Social security or other government assistance (Specify) | $ 0.00 | $ |
| 12. Pension or retirement income | $ 0.00 | $ |
| 13. Other monthly income (Specify) | $ 0.00 | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,458.00 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 3,510.20 | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $ 3,510.20 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:
**Support payment above is from two sources:  $950.00 per month from Jeffry Phillips and $508.00 per month from Vlach.**

Official Form 6J (10/06)

In re **Cynthia A Phillips**                                                                                           Case No. _____

                        Debtor                                                                                                    (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 1,494.27 |
|    a. Are real estate taxes included?  Yes ✓  No _____ | | | |
|    b. Is property insurance included?  Yes ✓  No _____ | | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 250.00 |
|        b. Water and sewer | | $ | 56.00 |
|        c. Telephone | | $ | 0.00 |
|        d. Other **Phone/cable/internet** | | $ | 147.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 25.00 |
| 4. Food | | $ | 500.00 |
| 5. Clothing | | $ | 50.00 |
| 6. Laundry and dry cleaning | | $ | 10.00 |
| 7. Medical and dental expenses | | $ | 50.00 |
| 8. Transportation (not including car payments) | | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 20.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
|       a. Homeowner's or renter's | | $ | 0.00 |
|       b. Life | | $ | 0.00 |
|       c. Health | | $ | 0.00 |
|       d. Auto | | $ | 60.00 |
|       e. Other _____ | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) _____ | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
|       a. Auto | | $ | 458.00 |
|       b. Other _____ | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other **School lunches** | | $ | 25.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,445.27 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ | 3,510.20 |
|    b. Average monthly expenses from Line 18 above | $ | 3,445.27 |
|    c. Monthly net income (a. minus b.) | $ | 64.93 |

Official Form 6 - Statistical Summary (10/06)

## United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re   **Cynthia A Phillips**                                        Case No. _____

_____
                              Debtor                                    Chapter   **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 3,510.20 |
| Average Expenses (from Schedule J, Line 18) | $ 3,800.27 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 3,856.54 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $5,892.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $122,599.68 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $128,491.68 |

Form B6
(10/05)

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities

| | | |
|---|---|---|
| Schedule A | - | Real Property |
| Schedule B | - | Personal Property |
| Schedule C | - | Property Claimed as Exempt |
| Schedule D | - | Creditors Holding Secured Claims |
| Schedule E | - | Creditors Holding Unsecured Priority Claims |
| Schedule F | - | Creditors Holding Unsecured Nonpriority Claims |
| Schedule G | - | Executory Contracts and Unexpired Leases |
| Schedule H | - | Codebtors |
| Schedule I | - | Current Income of Individual Debtor(s) |
| Schedule J | - | Current Expenditures of Individual Debtor(s) |

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank.

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

**Official Form 6 - Declaration (10/06)**

In re **Cynthia A Phillips** _____          Case No. _____
                                    Debtor                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __29__ sheets (*total shown on summary page plus 2*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: *Cynthia A Phillips*
                                                     **Cynthia A Phillips**
                                                                       Debtor

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP
### (NOT APPLICABLE)

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

Official Form 7
(04/07)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re:  **Cynthia A Phillips** _____

Debtor

Case No. _____

(If known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 -25.  **If the answer to an applicable question is "None," mark the box labeled "None"**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed [full-time or part-time]. An individual debtor also [may be] "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to:  relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

## 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 118,653.00 | **Employment Per Joint tax return. Spouses income included.** | 1/1/04 to 12/31/04 |
| | **Employment-Chicago Police Dept.** | |
| 72,718.54 | **Employment-Chicago Police Dept.** | 2006 |

## 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☐

a.  *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less that $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **GMAC Mortgage P.O. Box 4622 Waterloo, IA  50704-4622** | **Mortgage payments made as due.** | | |

None
☑

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☑

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.   Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Bank of America v. Phillips** <br> **08 CH 23269** | **Mortgage Foreclosure.** | **Cook County, Illinois** | **Pending** |
| **Robin Realty v. A Scrapbooker's Legacy, Jeffry Phillips and Cynthia Phillips** <br> **07 M1-176791** | **Collection** | **Cook County, Illinois** | **Judgment/Cita tion Pending** |
| **RBS Citizens NA (Charter One) v. A Scrapbooker's Legacy, Cynthia Phillips and Jeffrey (sic) Phillips** <br> **08 M1-158713** | **Collection** | **Cook County, Illinois** | **Pending** |

b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None
☑

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Dennis M. Sbertoli**<br>**P.O. Box 1482**<br>**La Grange Park, Illinois  60526-1801** | **August 14, 2008** | **$350.00 cost deposit** |

## 10.  Other transfers

None
☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☑

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None


List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

## 12. Safe deposit boxes

None


List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13. Setoffs

None


List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14. Property held for another person

None


List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15. Prior address of debtor

None


If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

## 16. Spouses and Former Spouses

None

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**Jeffry A. Phillips**

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None
☐

a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **A ScrapBooker's Legacy LLC** | 34-2016986 | **5840 S. Mc Vicker Ave Chicago, IL 60638** | **Sold materials and supplies from preparation of scrap books. Ceased operation Spring 2007** | 12/28/2004<br>06/08/2007 |

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☑

| NAME | ADDRESS |
|------|------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(*An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.*)

* * * * * *

*[if completed by an individual or individual and spouse]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____     Signature  *Cynthia A Phillips*
                                      of Debtor   **Cynthia A Phillips**



Form 8
(10/05)

### UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re:  **Cynthia A Phillips**

Debtor

Case No. _____

Chapter    **7** _____

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☐  I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☐  I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1.  5840 S. McVicker, Avenue, Chicago, IL 60638.  (Title held jointly with ex-spouse, Jeffry Phillips. both remain obligors on mortgages) | Bank of America | | | | X |
| 2. | Best Buy | | | | |
| 3.  2007 Hyundai Entourage. 25000 + miles.  Title and debt in name of Debtor and Mother, Phyllis Lyons. Purchased in May 2007 for $24000 | Drive Financial | | | | X |
| 4.  5840 S. McVicker, Avenue, Chicago, IL 60638.  (Title held jointly with ex-spouse, Jeffry Phillips. both remain obligors on mortgages) | GMAC Mortgage | | | | X |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| None | | |

*Cynthia A Phillips*

**Cynthia A Phillips**
Signature of Debtor                    Date

**Dennis M. Sbertoli   3128965**
**Dennis M. Sbertoli**
**P.O. Box 1482**
**La Grange Park, Illinois  60526-1801**

**(708)  579-9724**
**Attorney for the Petitioner(s)**

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

### Eastern Division

In Re:
Debtor:  **Cynthia A Phillips**
Social Security Number:  **6919**

Case No:

Chapter **7**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1.    **American Eagle** | **Unsecured Claims** | **$  1,136.32** |
| 2.    **Bank of America**<br>**P.O. Box 1390**<br>**Norfolk, VA  23501-1390** | **Unsecured Claims** | **$  3,115.84** |
| 3.    **Bank of America**<br>**P.O. Box 1390**<br>**Norfolk, VA  23501-1390** | **Unsecured Claims** | **$ 10,846.72** |
| 4.    **Bank of America**<br>**P.O. Box 1390**<br>**Norfolk, VA  23501-1390** | **Unsecured Claims** | **$  2,996.97** |
| 5.    **Bank of America**<br>**PO Box 650064**<br>**Dallas TX  75265** | **Secured Claims** | **$ 213,000.00** |

Numbered Listing of Creditors - Page 1

In re:   **Cynthia A Phillips**                                    Case No. _____

| 6. | **Bank of America**<br>**P.O. Box 15026**<br>**Wilmington DE  19850-5026** | **Unsecured Claims** | **$  1,575.03** |

| 7. | **Bank of America**<br>**P.O. Box 1390**<br>**Norfolk, VA  23501-1390** | **Unsecured Claims** | **$ 10,735.40** |

| 8. | **Bank of America/LL Bean**<br>**P.O. Box 1390**<br>**Norfolk, VA  23501-1390** | **Unsecured Claims** | **$  1,521.65** |

| 9. | **Carson Pirie Scott & Co.**<br>**P.O. Box 17633**<br>**Baltimor MD  21297-1633** | **Unsecured Claims** | **$  1,492.52** |

| 10. | **Chase**<br>**P.O. Box 15298**<br>**Wilmington DE  19850-5298** | **Unsecured Claims** | **$  6,046.67** |

| 11. | **Chase**<br>**P.O. Box 15298**<br>**Wilmington DE  19850-5298** | **Unsecured Claims** | **$  5,423.64** |

| 12. | **Chase**<br>**P.O. Box 15298**<br>**Wilmington DE  19850-5298** | **Unsecured Claims** | **$   274.00** |

| 13. | **Chase**<br>**P.O. Box 15298**<br>**Wilmington DE  19850-5298** | **Unsecured Claims** | **$    1.00** |

| 14. | **Chase BankCard Services**<br>**P.O. Box  52188**<br>**Phoenix, AZ  85072-2188** | **Unsecured Claims** | **$  9,555.94** |

In re:   **Cynthia A Phillips**                                    Case No. _____ _____

| | | |
|---|---|---|
| 15 . | **Chicago Patrolman's Credit Union/VISA**<br>**PO Box 30495**<br>**Tampa, FL  33630** | **Unsecured Claims** |

$  4,178.27

| | | |
|---|---|---|
| 16 . | **Circuit City** | **Unsecured Claims** |

$  9,321.63

| | | |
|---|---|---|
| 17 . | **CitiBank/Exxon Mobil**<br>**PO Box 688940**<br>**Des Moines, IA  50366-8940** | **Unsecured Claims** |

$   944.30

| | | |
|---|---|---|
| 18 . | **CitiBank/Zales**<br>**P.O. Box 8181**<br>**Gray, TN  3715-8181** | **Unsecured Claims** |

$  4,529.93

| | | |
|---|---|---|
| 19 . | **Citizens Bank**<br>**C/O Weltman Weinberg & Reis**<br>**180 N. La Salle Street**<br>**Suite 2400**<br>**Chicago, IL 60601** | **Unsecured Claims** |

$ 10,523.72

| | | |
|---|---|---|
| 20 . | **Discover Card**<br>**P.O. Box 15192**<br>**Wilmington DE  19850-5192** | **Unsecured Claims** |

$  9,257.61

| | | |
|---|---|---|
| 21 . | **Discover Card**<br>**P.O. Box 15192**<br>**Wilmington DE  19850-5192** | **Unsecured Claims** |

$  7,131.94

| | | |
|---|---|---|
| 22 . | **Drive Financial**<br>**PO Box 660633**<br>**Dallas, TX  75266-0633** | **Secured Claims** |

$ 21,984.00

| | | |
|---|---|---|
| 23 . | **EXXON/Mobil**<br>**7840 Roswell**<br>**Atlanta Georgea, 30350** | **Unsecured Claims** |

$   844.12

Numbered Listing of Creditors - Page 3

In re:   **Cynthia A Phillips**                                          Case No. _____

| | | |
|---|---|---|
| 24. **FIA Card Service**<br>**C/O Creditor InterchangePhillips & Cohen**<br>**80 Holtz Drive**<br>**Buffalo NY 14225** | **Unsecured Claims** | $ 1,575.00 |
| 25. **GE Capital**<br>**P.O. Box 80676**<br>**Mason, Ohio 45040** | **Unsecured Claims** | $ 1,060.38 |
| 26. **GE Money Bank**<br>**P.O. Box 981127**<br>**El Paso TX 79998-1127** | **Unsecured Claims** | $ 2,315.50 |
| 27. **GMAC Mortgage**<br>**P.O. Box 4622**<br>**Waterloo, IA 50704-4622** | **Secured Claims** | $ 52,021.77 |
| 28. **Home Depot Credit**<br>**P.O. Box 103047**<br>**Roswell GA 30076** | **Unsecured Claims** | $ 4,402.00 |
| 29. **Home Depot Credit**<br>**P.O. Box 103047**<br>**Roswell GA 30076** | **Unsecured Claims** | $ 11,408.96 |
| 30. **HSBC/Best Buy**<br>**P.O. Box 15521**<br>**Wilmington DE**<br>**19850-5521** | **Unsecured Claims** | $ 3,594.13 |
| 31. **Kohls Department Stores**<br>**N 56 W 17000 Ridgewood Dr.**<br>**Menomonee Falls, WI 53051** | **Unsecured Claims** | $ 2,842.18 |
| 32. **Orchard Bank**<br>**P.O. Box 80084**<br>**Salinas Ca 93912-0084** | **Unsecured Claims** | $ 894.98 |

In re:   **Cynthia A Phillips**

| 33. | **Robin Realty**<br>**1333 N. Wells St.**<br>**Chicago, IL 60610** | Unsecured Claims | $ 31,354.73 |
| 34. | **Sam's Club**<br>**P.O. Box 103036**<br>**Roswell, GA  30076** | Unsecured Claims | $  2,034.08 |
| 35. | **Sears Card**<br>**P.O. Box 818017**<br>**Cleveland, OH  44181** | Unsecured Claims | $  4,438.87 |
| 36. | **Target National Bank**<br>**P.O. Box 1581**<br>**Minneapolis, MN  55440-1581** | Unsecured Claims | $  8,000.00 |
| 37. | **TCF Bank**<br>**c/o PAM**<br>**PO Box 1022**<br>**Wixom MI  48393-1022** | Unsecured Claims | $    274.50 |
| 38. | **US Bank NA**<br>**PO Box 108**<br>**St. Louis MO 63166-9801** | Unsecured Claims | $  2,367.56 |
| 39. | **Victoria's Secret** | Unsecured Claims | $  1,242.61 |
| 40. | **GE Money Bank/WalMart**<br>**P.O. Box 981064**<br>**El Paso TX  79998-1064** | Unsecured Claims | $    978.07 |
| 41. | **Wells Fargo Credit**<br>**P.O. Box 4044**<br>**Concord, CA  94524** | Unsecured Claims | $  1,126.89 |

In re:   **Cynthia A Phillips**

Case No. _____

| | | | |
|---|---|---|---|
| 42 . | **WFNNB Bankruptcy Dept./Harlem**<br>**P.O. Box 182125**<br>**Columbus OH 43218-2125** | **Unsecured Claims** | **$  2,065.16** |
| 43 . | **WFNNB Bankruptcy Dept.**<br>**P.O. Box 182125**<br>**Columbus OH 43218-2125** | **Unsecured Claims** | **$  1,266.90** |

In re:    **Cynthia A Phillips**

Case No. _____ _____ _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **Cynthia A Phillips** , named as debtor in this case, declare under penalty of perjury that I have have read the foregoing Numbered Listing of Creditors, consisting of **6 sheets** (not including this declaration), and that it is true to the best of my information and belief.

Signature:    *Cynthia a Phillips*

**Cynthia A Phillips**

Dated:    _____ _____ _____

NCSC
8400 W. 110 Street
Overland Park

Alliance One
4850 Street Road
Suite 300
Trevose PA  19053

A Scrapbooker's Legacy

Academy Collection Service, Inc.
10965 Decatur Rd
Philadelphia, PA  19154

American Eagle

Arrow Financial Services
21031 Network Place
Chicago, IL 60678-1031

Bank of America
PO Box 650064
Dallas TX  75265

Bank of America
P.O. Box 15026
Wilmington DE  19850-5026

Bank of America
P.O. Box 1390
Norfolk, VA  23501-1390

Bank of America
P.O. Box 1390
Norfolk, VA  23501-1390


Bennett DeLoney & Noyes, PC
1265 E. Fort Union Blvd
Suite 150
Salt Lake City UT  84047


CACi
PO Box 270480
St. Louis, MO 63127-0480


Carson Pirie Scott & Co.
P.O. Box 17633
Baltimor MD  21297-1633


CBE Group, Inc.
Box 3136
Milwaukee, WI  53201-3136


Chase
P.O. Box 15298
Wilmington DE  19850-5298


Chase BankCard Services
P.O. Box  52188
Phoenix, AZ  85072-2188


Chicago Patrolman's Credit Union/VISA
PO Box 30495
Tampa, FL  33630


Circuit City

CitiBank xxx xxxxxxx
PO Box 688940
Des Moines, IA  50366-8940


CitiBank/Zales
P.O. Box 8181
Gray, TN  3715-8181


Citizens Bank
C/O Weltman Weinberg & Reis
180 N. La Salle Street
Suite 2400
Chicago, IL 60601


Collectors Training Institute
PO Box 4783
Chicago, IL 60680


Creditors Financial Group LLC
3131 South Vaughn Way
Suite 110
Aurora, CO 80014


Discover Card
P.O. Box 15192
Wilmington DE  19850-5192


Drive Financial
PO Box 660633
Dallas, TX  75266-0633


Encore
P.O. Box 3330
Olathe KS 66063-3330


ER Solutions
500 SW 7th St. Bldg. A 100
Renton WA  98055

EXXON MOBIL
7840 Roswell
Atlanta Georgea, 30350


FIA Card Service
C/O Creditor InterchangePhillips & Cohen
80 Holtz Drive
Buffalo NY 14225


FMA Alliance, Ltd
11811 North Freeway
Suite 900
Houston TX 77060


FMS Inc.
4915 South Union Avenue
Tulsa OK  74107


Full Circle Financial Services
PO Box 5689
Clearwater, FL  33758-5689


GE Capital
P.O. Box 80676
Mason, Ohio  45040


GE Money Bank
P.O. Box 981127
El Paso TX  79998-1127


GMAC Mortgage
P.O. Box 4622
Waterloo, IA  50704-4622


Home Depot Credit
P.O. Box 103047
Roswell GA  30076

HSBC Retail Services
PO Box 5244
Carol Stream, IL
60197-5244


HSBC/Best Buy
P.O. Box 15521
Wilmington DE
19850-5521


Jeffry Phillips


Kohls Department Stores
N 56 W 17000 Ridgewood Dr.
Menomonee Falls, WI 53051


LVNV Funding LLC
PO Box 3352
Glen Ellyn IL 60137


NAFS
165 Lawrence Bell Dr.
Suite 100 P.O. Box 9027
Williamsville, KY 14231-9027


National Enterprize Systems (NES)
29125 Solon Road
Solon OH 44139-3442


Nations Recovery Center (NRC)
6491 Peachtree Industrial Blvd
Atlanta, GA  30360


NCO Financial systems Inc.
507 Prudential Road
Horsham PA  19044

Orchard Bank
P.O. Box 80084
Salinas Ca  93912-0084


Ordower & Ordower
Suite 1`000
Chicago, IL 60602


Professional Account Mangement
PO Box 1022
Wixom MI 48393


Redline Recovery Services, LLC
2350 N. Forest Road
Suite 31B
Getzville, NY 14068


Resurgen Capital Services
PO Box 4783
Chicago, IL 60680-4783


Riddel and Associates
P.O. Box 1187
Sandy UT 84091-1187


Robin Realty
1333 N. Wells St.
Chicago, IL 60610


Sam's Club
P.O. Box 103036
Roswell, GA  30076


Sears Card
P.O. Box 818017
Cleveland, OH  44181

Target National Bank
P.O. Box 1581
Minneapolis, MN  55440-1581


TCF Bank
c/o PAM
PO Box 1022
Wixom MI  48393-1022


US Bank NA
PO Box 108
St. Louis MO 63166-9801


Victoria's Secret


GE Money Bank/WalMart
P.O. Box 981064
El Paso TX  79998-1064


Wells Fargo Credit
P.O. Box 4044
Concord, CA  94524


WFNNB Bankruptcy Dept./Harlem
P.O. Box 182125
Columbus OH 43218-2125


WFNNB Bankruptcy Dept.
P.O. Box 182125
Columbus OH 43218-2125


Zwicker & Assoc.
80 Minute Man Road
Andover MA 0810-1031

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re:                                                Bankruptcy Case Number: _____

**Cynthia A Phillips**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____

The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Dated: _____          *Cynthia a Phillips*
                               **Cynthia A Phillips**
                                              Debtor

## UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

### Eastern Division

In re:   **Cynthia A Phillips** _____        Case No. _____
_____Debtor_____                                                    (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]* _____

_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

**Official Form 1, Exh. D (10/06) – Cont.**

❑   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   _Cynthia A Phillips_ _____
                       **Cynthia A Phillips**

Date:   _____

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re:  **Cynthia A Phillips**

Debtor

Case No.

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept                $ *1750.00*

Prior to the filing of this statement I have received        $ *300*

Balance Due                                                   $ *1450*

2. The source of compensation paid to me was:

   ☐ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor                    ☐ Other (specify)

4. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☒ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e) [Other provisions as needed]

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____

**Dennis M. Sbertoli, Bar No.  3128965**

**Dennis M. Sbertoli**
Attorney for Debtor(s)